# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>MARCO ANTONIO ECHEVERRIA,<br><br>      Defendant. | Case No. 4:12-cr-278-BLW<br><br>ORDER |

The Court interprets the Letter Requesting Copies (docket no. 240) as a motion for copies of the entire file without the payment of costs. There are hundreds of documents in the file and the cost of copies would be extensive. The defendant has pled guilty and there is no appeal. The motion shall be denied.

NOW THEREFORE IT IS HEREBY ORDERED, that the Letter Requesting Copies (docket no. 240), interpreted as a motion to provide copies without the payment of costs, is DENIED.

DATED: May 30, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court